UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
ex rel. MARSHA YANDELL,

    Plaintiff,

v.

ADVANCED HOMECARE, INC.,

    Defendant.

_____/

Case No. 3:11-cv-146-J-32JRK
**FILED UNDER SEAL**

## GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its intention to intervene for the purposes of settlement pursuant to 31 U.S.C. § 3730(c), as set forth herein.

1. On March 3, 2011, Relator served the complaint and disclosure of material evidence on the Attorney General and the United States Attorney for the Middle District of Florida.

2. The United States has sought several extensions of the investigative period to conduct its investigation and make a determination as to intervening in this matter.

3. During the course of its investigation, the United States entered into settlement negotiations with the Defendant in an attempt to resolve the matter without further litigation.

4. As of June 9, 2015, the United States has reached an amicable resolution of this matter with all of the defendants. The parties are in the process of preparing and

S-38

finalizing the pertinent settlement agreements and expect to finalize that process within thirty (30) days. The United States contemplates that once the settlement agreements are finalized, the United States and the Relator will file, pursuant to Fed. R. Civ. P. 41(a)(1), a joint stipulation of dismissal of the *qui tam* complaint with prejudice.

With the exception of the Relator's complaint, this Notice, and any Order entered in connection with this Notice, the Government requests that all other previously filed contents of the Court's file in this matter (including, but not limited to any applications filed by the United States for an extension of the sixty-day investigative period and legal memoranda in support thereof) should remain under seal and not be made public or served upon the defendant.

A proposed order accompanies this Notice.

Dated this 9th day of June, 2015.

Respectfully submitted,

A. LEE BENTLEY
United States Attorney

JASON PAUL MEHTA
Assistant United States Attorney
USA Number #142
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310
Jason.Mehta@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2015, a true copy of the foregoing was served by United States mail, first class postage prepaid, upon the following persons:

>Kevin Darken
>Fifth Third Center
>201 East Kennedy Blvd.
>Suite 1950
>Tampa, FL 33602

Pursuant to 31 U.S.C. § 3730(b)(2), the matter is under seal and therefore the Defendant will not be served with this pleading.

_____
JASON P. MEHTA
Assistant United States Attorney