UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
ex rel. MARSHA YANDELL,
          Plaintiff,

v.                                Case No. 3:11-cv-146-J-32JRK

ADVANCED HOMECARE, INC.,
          Defendant.

_____/

## ORDER

The United States, having intervened in this action for purposes of settlement pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), it is ordered as follows:

1.      The Relator's Complaint, the Government's Notice of Election to Intervene, and this Order be unsealed;

2.      The parties shall have until July 9, 2015 to file a joint motion for dismissal or other appropriate documents to close out this file;

3.      All other papers or orders on file in this matter shall remain under seal;

4.      The seal be lifted on all other matters occurring in this action after the date of this Order;

5.      All orders of this Court shall be sent to the United States.

DONE and ORDERED in Chambers, in Jacksonville, Florida on June 10, 2015.

James R. Klindt

United States ~~District~~ Judge
Magistrate

Copies furnished to:
Jason P. Mehta, AUSA
Kevin Darken, Esquire